# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 23-1625V**

KAREN BERGIN,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: October 15, 2026

*Jack D. Miller, Law Office of Jack D. Miller, Rockport, ME, for Petitioner.*

*Lara A. Englund, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On September 21, 2023, Karen Bergin filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, et seq.[2] (the "Vaccine Act"). Petitioner alleges that she suffered an injury to her left arm, including paresthesia, pain, numbness, and weakness extending into her hands and fingers that was caused-in-fact by an influenza vaccine. Petition at 1; Stipulation, filed at February 26, 2026, ¶¶ 2-4. On February 26, 2026, I issued a decision awarding compensation to Petitioner based on the parties' stipulation. ECF No. 30.

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $15,442.00 (representing $12,490.00[3] in fees plus $2,952.00 in costs). Application for Attorneys' Fees and Costs ("Motion") filed August 24, 2026, ECF No. 34. Furthermore, Petitioner filed a signed statement representing that no personal out-of-pocket expenses were incurred. *Id.* at 11.

Respondent reacted to the Motion on September 2, 2026, stating that he is satisfied the statutory requirements for a fees award are met in this case, but deferring resolution of the amount to be awarded to my discretion. ECF No. 35. On September 9, 2026, Petitioner filed a reply requesting fees and costs be awarded as listed in the motion. ECF No. 36.

I have reviewed the billing records submitted with Petitioner's request. Petitioner has requested an hourly rate of $500.00 for all work performed by attorney Jack Miller between 2022-26. I find the proposed rates to be reasonable and hereby award them herein. And all time billed to the matter was also reasonably incurred.

Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 34 at 34-48. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $15,442.00 (representing $12,490.00 in fees plus $2,952.00 in costs) to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[4]

---

[3] It appears that there is an inadvertent typographical error on page 2 of Petitioner's Motion regarding the total amount of attorney's fees requested herein. Petitioner requested $12,810.00 in fees, see ECF No. 34, page 2, ¶ 4. However, a review of the billing records reflects the *lesser* amount of $12,490.00 was actually incurred in this case, as also noted in the Motion at 16, ECF No. 34. Accordingly, the amount to be awarded herein will be based on the total amount reflected in the billing record submitted in support thereto.

[4] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master